UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA and THE STATE of INDIANA, *ex rel.* JOHN D. MCCULLOUGH and JAMES R. HOLDEN,<br><br>**Plaintiffs,**<br><br>v.<br><br>ANTHEM INSURANCE COMPANIES, INC., et al.<br><br>**Defendants.** | 1:21-cv-00325-JPH-TAB |

## AFFIRMATION OF SERVICE

On September 10, 2024, the Second Amended Complaint and attached exhibits in the above-captioned case were served via U.S. Certified Mail (with post-marked receipt number 9589 0710 5270 2297 2845 28) on Jeanne Wickens, who is designated by law to accept service of process on behalf of defendant Parkview Health, at 10622 Parkview Plaza Dr, Fort Wayne, IN 46845.

The cost of the certified mailing was $12.38.

I declare under penalty of perjury that this information is true.

Date: September 17, 2024

/s/ *Erin Kerrane*
ERIN KERRANE
Paralegal