## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF INDIANA, *ex rel.* JOHN D. MCCULLOUGH and JAMES R. HOLDEN,<br><br>Plaintiff-Relators,<br><br>vs.<br><br>ANTHEM INSURANCE COMPANIES, INC., MIDWISE, INC., *et al*.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No: 1:21-cv-00325-TWP-TAB<br>)<br>)<br>)<br>)<br>) |

### AMENDED ORDER ON PLAINTIFFS-RELATORS' MOTION FOR ORAL ARGUMENT ON DEFENDANTS' MOTIONS TO DISMISS

This matter comes before the Court on Plaintiffs-Relators' Motion for Oral Argument on Defendants' Motions to Dismiss. The Court has reviewed the motion and Defendants' opposition thereto. The Court believes oral argument may be beneficial, and in its discretion, the Motion is **GRANTED**.

Oral argument on Defendants' Motions to Dismiss will occur on **Friday, April 25, 2025 at 10:00 a.m**. in Courtroom 344, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana. As suggested by the parties, the oral argument is scheduled for one hour, or thirty minutes per side. Pursuant to Local Rule 7-5, no additional evidence may be presented at oral argument.

**IT IS SO ORDERED.**

Date: 3/19/2025

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:
Service will be made electronically
on all ECF-registered counsel of
record via email generated by the
Court's ECF system