**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and THE STATE OF INDIANA, ex rel. JOHN D. MCCULLOUGH and JAMES R. HOLDEN<br><br>Plaintiffs-Relators,<br><br>v.<br><br>ANTHEM INSURANCE COMPANIES, INC., MDWISE, INC., et al.,<br><br>Defendants. | ) | Case No. 1:21-CV-00325-TWP-TAB |

**MCE DEFENDANTS' NOTICE OF JOINDER IN HOSPITAL DEFENDANTS' MOTION TO CERTIFY THE COURT'S ORDER DENYING MOTIONS TO DISMISS FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)**

Defendants, Anthem Insurance Companies, Inc., MDwise, Inc., CareSource Indiana, Inc., and Coordinated Care Corporation (collectively, the "MCE Defendants"), by and through their respective counsel, hereby join in the Motion to Certify the Court's Order Denying Motions to Dismiss the Third Amended Complaint, Dkt. 256 (the "Motion"), filed by Defendants Indiana University Health, Inc., Ascension Health, Community Health Network, Inc., Health and Hospital Corporation of Marion County, Lutheran Health Network of Indiana, LLC, and Parkview Health System, Inc. (the "Hospital Defendants").

The MCE Defendants filed a narrow Motion to Reconsider this Court's dismissal, and this joinder does not impact that Motion. Nonetheless, for the reasons explained by the Hospital Defendants in the Motion and supporting Memorandum of Law, Dkt. 257, and to avoid waiving any rights the MCE Defendants have as to 28 U.S.C. §1292(b) relief, the MCE Defendants join the Hospital Defendants' arguments and request for relief.

Dated: October 21, 2026

**FBT GIBBONS LLP**

*/s/ Jonathan A. Bont*

Jonathan A. Bont, #28476-49
Kristopher N. Kazmierczak, #19430-49
Kandi Kilkelly Hidde, #18033-49
111 Monument Circle, Suite 4500, P.O. Box 44961
Indianapolis, IN 46244-0961
Telephone: (317) 237-3800
Facsimile: (317) 237-3900
Email: jbont@fbtgibbons.com
kkazmierczak@fbtgibbons.com
khidde@fbtgibbons.com

*Attorneys for Anthem Insurance Companies, Inc.*

**HUSCH BLACKWELL LLP**

*/s/ Jonathan A. Porter*

Lisa A. Ottolini (Pro Hac Vice)
Kate B. Ledden (Pro Hac Vice)
Theresa M. Mullineaux (Pro Hac Vice)
Tanner M. Cook (Pro Hac Vice)
8001 Forsyth Boulevard, Suite 1500
St. Louis, Missouri 63105
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
Lisa.ottolini@huschblackwell.com
Kate.ledden@huschblackwell.com
Tanner.cook@huschblackwell.com
Theresa.mullineaux@huschblackwell.com

Jonathan A. Porter (Pro Hac Vice)
1801 Pennsylvania Avenue, NW, Suite 1000
Washington, DC 20006
Telephone: (202) 378-5356
Facsimile: (202) 378-2319
Jonathan.porter@huschblackwell.com

*Attorneys for Defendant Coordinated Care Corporation*

**CARPENTER LIPPS LLP**

*/s/ Jennifer A.L. Battle*

Jeffrey A. Lipps (Pro Hac Vice)
Jennifer A. L. Battle (Pro Hac Vice)
280 N. High Street, Suite 1300
Columbus, Ohio 43215
Telephone: (614) 365-4100
lipps@carpenterlipps.com
battle@carpenterlipps.com

*Attorneys for Defendant CareSource Indiana, Inc.*

**FOLEY & LARDNER LLP**

*/s/ Lisa M. Noller*

Lori Rubin Garber (admitted pro hac vice)
3000 K Street N.W.
Suite 600
Washington, DC 20010
Telephone: (202) 295-4760
lori.garber@foley.com

Lisa M. Noller (admitted pro hac vice)
321 North Clark Street
Suite 3000
Chicago, Illinois 60654
Telephone: (312) 832-4363
lnoller@foley.com

*Attorneys for Defendant MDwise, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's ECF. Parties may access this filing through the Court's system.

I further certify that this Notice of Joinder has been served via certified mail on the Attorney General of the United States (as required by Fed. R. Civ. P. 5.1(a)(2)) at:

Jolene Ann Lauria
Assistant Attorney General for Administration[1]
United States Department of Justice
Justice Management Division
950 Pennsylvania Avenue NW
Room 1111
Washington, DC 20530

*/s/ Jonathan A. Bont*
Jonathan A. Bont

0131135.0794347 4900-0714-6712v1

[1] The Assistant Attorney General for Administration is designated to accept service on the Attorney General's behalf. *See* 28 C.F.R. § 0.77(j).